PER CURIAM.
Affirmed. Whitten v. Progressive Casualty Insurance Co., 410 So.2d 501 (Fla.1982); Rosenhouse v. 1950 Spring Term Grand Jury, 56 So.2d 445 (Fla.1952); Floyd v. Guardian Life Insurance Co. of America, 415 So.2d 103 (Fla. 3d DCA 1982); Kelner v. Woody, 399 So.2d 35 (Fla. 3d DCA 1981); Allen v. Estate of Dutton, 384 So.2d 171 (Fla. 5th DCA), pet. for review denied, 392 So.2d 1373 (Fla.1980). See Treat v. State ex rel. Mitton, 121 Fla. 509, 163 So. 883 (1935).